# IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | |
|---|---|
| WILLIAM DeFORTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs | ) Case No. 16-1157 |
| | ) |
| THE BOROUGH OF WORTHINGTON, et al., | ) |
| | ) |
| | ) |
| Defendants | ) |

### STATUS REPORT OF APPELLANT WILLIAM DeFORTE

As reported in Appellant's prior status report, a hearing was scheduled before the Honorable Mark R. Hornak on March 3, 2016 at 3:00 p.m to consider and possible take action on Appellant's motion to reopen.  Following the hearing, the Judge granted the motion, conditioned upon Appellant paying certain fees.  Appellee Worthington and Feeney has submitted a fee petition consistent with the Judge's Order.  Appellant has until March 31, 2016 to respond to the petition or otherwise pay the fees.  It is anticipated that the fees will be paid without contest, however, with the Holiday week and vacations from the office, a full review will not be able to be made until next week.  In the likely event the fees are paid, Appellant intends to file a petition for voluntary withdrawal of the pending appeal.

/s/Bruce E. Dice
_____
Bruce E. Dice, Esquire
bdice@dicelaw.com

BRUCE E. DICE & ASSOCIATES, P.C.
787 Pine Valley Drive, Ste E
Pittsburgh, PA 15239-2842
(724) 733-3080
Attorney for Appellant

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | |
|---|---|
| WILLIAM DeFORTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs | ) Case No. 16-1157 |
| | ) |
| THE BOROUGH OF WORTHINGTON, et al., | ) |
| | ) |
| Defendants | ) |

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this day a true and correct copy of the Status Report of Appellant, was served electronically via the Court's ECF system, addressed as follows:

Sheryl L. Brown, Esquire
SIANA, BELLWOAR & McANDREW, LLP
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425

Erica L. Laughlin, Esquire
Trent A. Echard, Esquire
Strassburger, McKenna, Gutnick & Gefsky
Four Gateway Center, Suite
444 Liberty Avenue
Pittsburgh, PA 15222

/s/Bruce E. Dice
_____
Bruce E. Dice, Esquire
bdice@dicelaw.com